# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JESS HOOVER, | )<br>) |
| Petitioner, | )<br>) |
| vs. | )  2:12-CV-42-JMS-WGH<br>) |
| STANLEY KNIGHT, Superintendent, | )<br>) |
| Respondent. | ) |

## Entry and Notice

Based on further review of Mr. Hoover's petition for writ of habeas corpus, it is apparent that his second and fourth claims assert violations of prison policies and regulations. Such claims, even if factually supported, do not state a cognizable claim pursuant to 28 U.S.C. § 2254(a), because they rest on asserted violations of state policies and procedures. *Evans v. McBride,* 94 F.3d 1062 (7th Cir. 1996); *Colon v. Schneider,* 899 F.2d 660, 672-73 (7th Cir. 1990); *see also Del Vecchio v. Illinois Dept. of Corrections,* 31 F.3d 1363, 1370 (7th Cir. 1994)(habeas corpus jurisdiction is limited to evaluating alleged violations of federal statutory or constitutional law), *cert. denied,* 516 U.S. 983 (1995). Those claims—the second and fourth claims—are therefore dismissed pursuant to Rule 4 of the *Rules Governing Section 2254 Proceedings in the United States District Courts.*

No partial final judgment shall issue at this time as to the claims resolved in this Entry.

**IT IS SO ORDERED.**

Date: 04/13/2012

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

**Janine Steck Huffman**
**Office of the Attorney General**
**Janine.huffman@atg.in.gov**

**Jess Hoover**
**DOC #882020**
**Putnamville - CF**
**Inmate Mail/Parcels**
**1946 West U.S. Hwy 40**
**Greencastle, IN 46135**